IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL LUIS GARCIA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRIMECARE MEDICAL, INC., et al., | : | NO. 08-3589 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 27th day of August, 2012, upon consideration of the Motion for Summary Judgment filed by Defendants Michael R. Buffington, Miguel A. Castro, Seth A. Jefferson, Ryan C. Kern, and Larry V. Schell (the "Berks Officers") (Doc. No. 39), and all responses thereto, as well as the Motion for Summary Judgment filed by PrimeCare Medical, Inc. (Doc. No. 43), and all responses thereto, it is hereby **ORDERED** as follows:

1. The Berks Officers Motion (Doc. No. 39) is **GRANTED**.

2. PrimeCare Medical, Inc.'s Motion (Doc. No. 43) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE